UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ROOFERS LOCAL NO. 149 PENSION FUND, *on* :
*behalf of itself and all others similarly situated*, :
:
Plaintiff, : 23 Civ. 2138 (JPC)
:
-v- : ORDER
:
AMGEN INC. *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    By July 13, 2023, the law firm of Robbins Geller Rudman & Dowd LLP, counsel to Lead Plaintiff Movant Asbestos Workers Pennsylvania Pension Fund, shall file a copy of its firm resume on the docket.

    SO ORDERED.

Dated: July 6, 2023
       New York, New York

                                                JOHN P. CRONAN
                                          United States District Judge