July 19, 2023

<u>VIA ECF</u>

The Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

> Re: *Roofers Local No. 149 Pension Fund v. Amgen Inc., et. al.*,
> <u>Case No. 1:23-cv-02138-JPC (S.D.N.Y.)</u>

Dear Judge Cronan:

The undersigned are counsel to the respective parties hereto in the above-captioned action. Pursuant to the Court's July 7, 2023 Order (the "July 7 Order"), we write jointly to propose a schedule for Lead Plaintiff to amend the complaint and for Defendants to answer or otherwise respond to the amended complaint. *See* ECF No. 30. Additionally, pursuant to ¶6(A) of Your Honor's Individual Rules and Practices in Civil Cases, "[u]nless otherwise ordered by the Court, a party seeking to file a motion must submit a pre-motion letter . . . ." Since the July 7 Order directed the parties to submit a proposed schedule on Defendants' anticipated motion to dismiss, and in an effort to conserve judicial resources, the parties respectfully request that in the event Defendants file a motion to dismiss, they may do so without first submitting a pre-motion letter.

Furthermore, the parties have conferred and in light of several holidays, respectfully request that the Court enter the following schedule:

1.  Lead Plaintiff shall file an amended complaint on or before August 31, 2023.

2.  Defendants shall answer or file a motion to dismiss the amended complaint on or before November 6, 2023.

3.  If Defendants file a motion to dismiss the amended complaint, Lead Plaintiff shall file its opposition on or before January 12, 2024.

4.  Defendants' reply papers, if any, shall be due on or before February 26, 2024.

July 19, 2023
Page 2

       We appreciate the Court's attention to this matter.

       Respectfully submitted,


| | |
|---|---|
| _/s/ Evan J. Kaufman_ | _/s/ Jay B. Kasner_ |
| Samuel H. Rudman | Jay B. Kasner |
| Evan J. Kaufman | Peter B. Morrison |
| William A. Massa | Tansy Woan |
| ROBBINS GELLER RUDMAN | SKADDEN, ARPS, SLATE, MEAGHER |
|   & DOWD LLP |   & FLOM LLP AND AFFILIATES |
| 58 South Service Road, Suite 200 | One Manhattan West |
| Melville, NY  11747 | New York, NY  10001-8602 |
| Telephone:  631/367-7100 | Telephone:  212/735-3000 |
| 631/367-1173 (fax) | 212/735-2000 (fax) |
| srudman@rgrdlaw.com | jkasner@skadden.com |
| ekaufman@rgrdlaw.com | peter.morrison@skadden.com |
| wmassa@rgrdlaw.com | tansy.woan@skadden.com |
| | |
| _Counsel for Lead Plaintiffs_ | _Counsel for Defendants_ |


SO ORDERED this __ day of _____, 2023.


_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE