**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2628
DIRECT FAX
917-777-2628
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 17, 2024

**BY E-MAIL and ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

RE: *Roofers Local No. 149 Pension Fund v. Amgen Inc., et al.*, No. 1:23-cv-02138 (JPC)

Dear Judge Cronan:

We represent Defendants in the above-referenced putative securities class action.

On May 15, 2024, the Court scheduled oral argument on Defendants' motion to dismiss for June 13, 2024. (ECF No. 57.) Pursuant to Rule 3(B) of Your Honor's Individual Rules and Practices in Civil Cases, Defendants write to respectfully request an adjournment of the oral argument scheduled for June 13, 2024 because one of Defendants' principal counsel will be out of the country from June 10, 2024 to June 28, 2024. We have conferred with counsel for Lead Plaintiff, and all parties are available for oral argument on Wednesday, July 31, 2024. If convenient for the Court's schedule, we respectfully request that the Court set oral argument for that date on July 31, 2024. This is Defendants' first request for an adjournment of the scheduled argument date and Lead Plaintiff consents to this request.

The oral argument scheduled for June 13, 2024, is adjourned to July 18, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York NY 10007. The Clerk of Court is respectfully directed to close the motion pending at Docket 58.

Respectfully submitted,

*/s/* Jay B. Kasner

Jay B. Kasner

cc: All counsel of record via ECF

SO ORDERED.
Date: May 20, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge