SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

————

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-2628
DIRECT FAX
917-777-2628
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 19, 2024

**BY E-MAIL and ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

> RE:   *Roofers Local No. 149 Pension Fund v. Amgen Inc., et*
> *al.*, No. 1:23-cv-02138 (JPC)

Dear Judge Cronan:

We represent defendants Amgen Inc., Robert A. Bradway and Peter H. Griffith ("Defendants") in the above-captioned action.

In connection with the briefing on Defendants' Motion to Dismiss the Amended Complaint, (ECF No. 40), the parties submitted their respective positions on the potential impact of the Supreme Court's decision in *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, 601 U.S. 257 (2024). (*See* ECF Nos. 54, 56.)  At oral argument held on July 18, 2024, the parties had the opportunity to discuss their positions further.  Earlier today, the United States Court of Appeals for the Second Circuit issued a summary order on remand from the Supreme Court addressing the implications of the Court's decision on the case before it.  A copy of that summary order is enclosed.

Respectfully submitted,

*/s/* Jay B. Kasner

Jay B. Kasner

cc:   All counsel of record via ECF
      Encl.