March 17, 2025

**BY ECF**

Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

        RE:   *In re Amgen Inc. Securities Litigation*,
                  Case No. 1:23-cv-02138-JPC-HJR

Dear Judge Ricardo:

      Pursuant to this Court's January 16, 2025 Order (ECF No. 74, the "Case Management Plan"), the parties jointly submit this letter to update the Court on the status of the above-captioned action.

      The parties are engaged in discovery pursuant to the schedule set forth in the Case Management Plan. On January 6, 2025, the parties exchanged their initial disclosures. On February 13, 2025, following the parties' meet and confer process, the parties submitted, and on February 14, 2025 the Court entered, the: (i) Stipulation & Order Governing The Treatment Of Confidential Information (ECF No. 78); (ii) Stipulation & Order Governing Electronic And Hard Copy Discovery (ECF No. 79); and (iii) Stipulation & Order Governing Deposition Protocol (ECF No. 80).

      On February 18, 2025, the parties exchanged their initial requests for production and initial interrogatories (collectively, "Initial Requests"). The parties' respective responses and objections to the Initial Requests are due on March 20, 2025, after which point the parties expect to meet and confer regarding the appropriate scope of production in response to the Initial Requests. On February 24, 2025, the parties began serving subpoenas on third parties. A total of seven third party subpoenas have been served to date.

      The parties do not currently have any disputes or issues to raise with the Court at this time. We are available to discuss any questions.

Honorable Henry J. Ricardo
March 17, 2025
Page 2

Respectfully Submitted,

| */s/ Evan J. Kaufman* | */s/ Jay B. Kasner* |
|---|---|
| EVAN J. KAUFMAN | JAY B. KASNER |

SAMUEL H. RUDMAN
EVAN J. KAUFMAN
MARK T. MILLKEY
AVITAL O. MALINA
SKYLER J. SANDS
JASON R. EDELMAN
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, New York  11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
mmillkey@rgrdlaw.com
amalina@rgrdlaw.com
ssands@rgrdlaw.com
jedelman@rgrdlaw.com

JAY B. KASNER
PETER MORRISON
TANSY WOAN
MICHAEL W. RESTEY JR.
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
jay.kasner@skadden.com
tansy.woan@skadden.com
michael.restey@skadden.com

-and-

200 Avenue of the Stars, Suite 200N
Los Angeles, CA  90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
peter.morrison@skadden.com

*Lead Counsel for Lead Plaintiff*

*Attorneys For Defendants Amgen Inc.,
Robert A. Bradway and Peter H. Griffith*

cc:     All counsel of record via ECF