UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE AMGEN INC. SECURITIES LITIGATION

No. 1:23-cv-02138 (JPC) (HJR)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned, counsel at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Defendants Amgen Inc., Robert A. Bradway and Peter H. Griffith.

Dated:   New York, New York
          January 28, 2026

                                        /s/ Jacob Lefkowitz
                                        Jacob G. Lefkowitz
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        One Manhattan West
                                        New York, New York 10001
                                        Phone: (212) 735-3000
                                        Facsimile: (212) 735-2000
                                        Jacob.Lefkowitz@skadden.com

                                        *Attorney for Defendants Amgen Inc., Robert*
                                         *A. Bradway and Peter H. Griffith*