UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
                                                           :
                                                           :    1:23-cv-02138 (JPC) (HJR)
IN RE AMGEN INC. SECURITIES                                :
LITIGATION                                                 :
                                                           :
                                                           :
                                                           :
                                                           :
                                                           :
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEFENDANTS' NOTICE OF MOTION FOR (A) A PROTECTIVE ORDER DEFINING THE SCOPE OF PRIVILEGE WAIVER ARISING FROM DEFENDANTS' GOOD FAITH RELIANCE ON COUNSEL DEFENSE AND (B) AN ORDER LIMITING DEFENDANTS' PRIVILEGE WAIVER TO THIS ACTION ONLY

PLEASE TAKE NOTICE that upon the Court's January 8, 2026 Order ("January 8 Order," ECF No. 105); the accompanying Memorandum of Law, dated January 28, 2026; the Declaration of Jacob G. Lefkowitz, dated January 28, 2026, and the exhibit thereto; Defendants' Letter Motion for a Protective Order, dated December 29, 2025 (ECF No. 99); Plaintiff's Letter Motion in Opposition, dated January 6, 2026 (ECF No. 103); and upon all prior papers and proceedings herein, Defendants, through their undersigned counsel, will move this Court, before the Honorable Henry J. Ricardo, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for (A) a protective order defining the scope of privilege waiver arising from Defendants' good faith reliance on counsel defense pursuant to Rules 16(c)(2)(F) and 26(c)(1) of the Federal Rules of Civil Procedure, (B) an order limiting Defendants' privilege waiver to this action only under Rule 502 of the Federal Rules of Evidence, and (C) for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's January 21, 2026 Order (ECF No. 109), Plaintiff's opposition shall be filed on or before February 24, 2026, and Defendants' reply shall

be filed on or before March 6, 2026.

Dated: New York, New York
       January 28, 2026

Respectfully submitted,

*/s/ Jay B. Kasner*
Jay B. Kasner
Tansy Woan
Michael W. Restey
Jacob G. Lefkowitz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Jay.Kasner@skadden.com
Tansy.Woan@skadden.com
Michael.Restey@skadden.com
Jacob.Lefkowitz@skadden.com

Peter Morrison
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Peter.Morrison@skadden.com

*Attorneys for Defendants Amgen Inc., Robert*
  *A. Bradway and Peter H. Griffith*

2