UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :
                        :
                        :  1:23-cv-02138 (JPC) (HJR)

IN RE AMGEN INC. SECURITIES    :
LITIGATION                     :
                        :
                        :
                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION OF JACOB G. LEFKOWITZ IN
SUPPORT OF DEFENDANTS' MOTION FOR (A) A PROTECTIVE
ORDER DEFINING THE SCOPE OF PRIVILEGE WAIVER ARISING FROM
DEFENDANTS' GOOD FAITH RELIANCE ON COUNSEL DEFENSE AND (B) AN
<u>ORDER LIMITING DEFENDANTS' PRIVILEGE WAIVER TO THIS ACTION ONLY</u>**

I, Jacob G. Lefkowitz, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am counsel at Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for defendants Amgen Inc., Robert A. Bradway, and Peter H. Griffith (collectively, "Defendants"). I make this declaration in support of Defendants' motion for (A) a protective order defining the scope of privilege waiver arising from Defendants' good faith reliance on counsel defense and (B) an order limiting Defendants' privilege waiver to this action only (the "Motion").

2.      Attached hereto as Exhibit A is a true and correct copy of Defendants' [Proposed] Protective Order Regarding Defendants' Waiver of Attorney-Client Privilege and Work Product Protection. Exhibit A is Defendants' proposed order should the Court determine that Defendants' waiver does not extend to legal advice and work product that did not inform Defendants' disclosure decision, as requested in Section II of Defendants' Motion.

3.      I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on January 28, 2026, in New York, New York.

/s/ <em>Jacob G. Lefkowitz</em>

Jacob G. Lefkowitz