UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

ROOFERS LOCAL NO. 149 PENSION      :    Civil Action No. 1:23-cv-02138-JPC
FUND, on Behalf of Itself and All Others    :
Similarly Situated,                :    CLASS ACTION
                                   :
                    Plaintiff,     :
                                   :
          vs.                      :    **NOTICE OF APPEARANCE**
                                   :
AMGEN INC., ROBERT A. BRADWAY, and :
PETER H. GRIFFITH,                 :
                                   :
                    Defendants.    :
                                   :

———————————————————————— x

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of Lead

Plaintiff Asbestos Workers Philadelphia Pension Fund in this action and requests that all parties

serve upon the undersigned copies of all papers filed in or affecting this action.

DATED:  February 3, 2026              ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                      MATHEW ANDREWS


                                              */s/ Mathew Andrews*
                                            MATHEW ANDREWS

                                      420 Lexington Avenue, Suite 1832
                                      New York, NY  10170
                                      Telephone:  212/432-5100
                                      631/367-1173 (fax)
                                      MAndrews@rgrdlaw.com

                                      *Counsel for Lead Plaintiff*