UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| | x |
| In re AMGEN INC. SECURITIES LITIGATION | : Civil Action No. 1:23-cv-02138-JPC-HJR |
| | : |
| | :x CLASS ACTION |

### DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

I, Evan J. Kaufman, declare as follows under penalty of perjury pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorney for Lead Plaintiff Asbestos Workers Philadelphia Pension Fund ("Plaintiff") in the above-captioned action. I respectfully submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion for a Protective Order.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's [Proposed] Order Denying Defendants' Motion and Deferring Determination of Whether the Merits Materials Fall Within the Scope of Defendants' Waiver. Exhibit 1 is Plaintiff's proposed order should the Court decide that the scope of the Defendants' waiver is unripe for adjudication.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's [Alternate Proposed] Order Denying Defendants' Motion and Ruling on the Initial Scope of Defendants' Waiver. Exhibit 2 is Plaintiff's proposed order should the Court decide that the scope of the Defendants' waiver is ripe for adjudication.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 24, 2026, at Melville, New York.

 DATED:  February 24, 2026

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN
