# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
| --- | --- | --- |
| In re AMGEN INC. SECURITIES LITIGATION | : : :x | Civil Action No. 1:23-cv-02138-JPC-HJR <u>CLASS ACTION</u> |

### [ALTERNATE PROPOSED] ORDER DENYING DEFENDANTS' MOTION AND RULING ON THE INITIAL SCOPE OF DEFENDANTS' WAIVER

Having considered Defendants' Motion for (A) a Protective Order Defining the Scope of Privilege Waiver Arising from Defendants' Good Faith Reliance on Counsel Defense and (B) an Order Limiting Defendants' Privilege Waiver to this Action Only (the "Motion"), and reviewed all the submissions of the parties, the Court hereby ORDERS, pursuant to Federal Rule of Civil Procedure 16(c)(2)(F), as follows:

1. Defendants' Motion is hereby DENIED;

2. **Deadline for Continued Assertion of Advice of Counsel**: Defendants shall inform Plaintiff whether they will continue to assert an advice of counsel defense no later than seven (7) days after this order is entered. Should Defendants inform Plaintiff that they will continue to assert an advice of counsel defense, they shall produce the withheld materials set forth in Item 3 below.

3. **Materials Subject to Immediate Waiver Upon Continued Assertion of Defense**: Upon notifying Plaintiff that they will continue to assert an advice of counsel defense, Defendants shall have waived the attorney-client privilege and work-product protection with respect to following documents, communications, and information within their custody or control, and shall produce:

   a. the documents Defendants concede in the Motion fall within the scope of the advice of counsel defense (*See* Mot. at 10-11):

(i)    "all privileged communications concerning the legal advice [Defendants] received addressing the disclosure of the proposed adjustment dollar amounts," *id.* at 11; and

(ii)    "any privileged communications or documents that discuss the merits of the underlying IRS dispute to the extent they are included with the legal advice regarding the disclosures at issue." *Id.*

b.    the following materials (the "Merits Materials")

(i)    All privileged communications or documents discussing the merits of the IRS dispute and the strength of Defendants' position in challenging the IRS' audits of Amgen's 2010-2015 tax years (the "IRS Audits");

(ii)    All privileged communications or documents discussing the potential risks to Amgen arising from the dispute with the IRS regarding the IRS Audits;

(iii)    All privileged communications or documents discussing whether the potential liabilities from the IRS dispute were accounted for in Amgen's reserves; and

(iv)    All privileged communications or documents discussing the impact that the dispute with the IRS regarding the IRS Audits had on Amgen's reserves.

4.    **Subject Matter Areas Not Discussed in this Order**: The Court reserves judgment on whether additional communications and documents may be subject to Defendants' privilege waiver should Plaintiff identify other subject matters during their review of discovery. The parties shall meet and confer prior to filing briefing on whether any additional subject matter areas are subject to waiver.

- 3 -

\*       \*       \*

# O R D E R

IT IS SO ORDERED.

DATED: _____

_____

THE HONORABLE HENRY J. RICARDO
UNITED STATES MAGISTRATE JUDGE