UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
:
IN RE AMGEN INC. SECURITIES      :     No. 1:23-cv-02138 (JPC) (HJR)
LITIGATION                       :
:
:
------------------------------------- x

**STIPULATION AND [PROPOSED] ORDER
EXTENDING DATE FOR UPCOMING DEADLINES**

**WHEREAS**, Asbestos Workers Philadelphia Pension Fund ("Lead Plaintiff") and Defendants Amgen Inc. ("Amgen"), Robert A. Bradway, and Peter H. Griffith (collectively, "Defendants"; together with Lead Plaintiff, the "Parties") enter into this stipulation regarding modifications to certain deadlines;

**WHEREAS**, the Parties have agreed to conduct a mediation on April 19, 2026, before David M. Murphy of Phillips Alternative Dispute Resolutions Enterprises ("PADRE");

**WHEREAS**, to conserve resources, the Parties have agreed to focus on the mediation between now and April 19, 2026;

**WHEREAS**, the Parties seek to extend all deadlines in this action by approximately 45 days to open a window so that the Parties can focus on mediation, including extending deadlines, among others, concerning class certification and Defendants' motion for a protective order (ECF No. 112);

**WHEREAS**, on January 16, 2025, this Court entered the Case Management Plan and Scheduling Order (the "Case Management Plan," ECF No. 74);

**WHEREAS**, this Court entered the Stipulation and Order Extending Date for Substantial Completion and Commensurate Extension for Other Deadlines on July 10, 2025 (the "First Extension Stipulation," ECF No. 90), the Second Stipulation and Order Extending Date for Substantial Completion and Commensurate Extension for Other Deadlines on September 11, 2025 (the "Second Extension Stipulation," ECF No. 94); and the Third Stipulation and Order Extending Dates under the Case Management Plan on February 3, 2026 (the "Third Extension Stipulation," ECF No. 119);

**WHEREAS**, this Court entered the Stipulation and Order Extending Date for Defendants to Produce Their Privilege Log and Commensurate Extension for Other Deadlines on January 21, 2026 (the "Motion Extension Stipulation," ECF No. 109), and the Order Granting Letter Motion for Extension of Time on March 4, 2026 (the "Motion Extension Order," ECF No. 136);

**WHEREAS**, this is the parties' fourth joint request for an extension of any deadline set pursuant to the Case Management Plan;

**WHEREAS**, the Second Extension Stipulation, the Third Extension Stipulation, and Motion Extension Order set forth the following current deadlines that would benefit from an extension to accommodate mediation:

| EVENT | Deadline |
| --- | --- |
| Class Certification Opposition | March 9, 2026 |
| Protective Order Reply | March 10, 2026 |
| Class Certification Reply | May 8, 2026 |
| Meet and Confer regarding fact and expert discovery schedule | May 19, 2026 |
| Requests to Admit | June 1, 2026 |
| Deadline for completing depositions | July 17, 2026 |
| Close of fact discovery | July 24, 2026 |
| Close of expert discovery | November 20, 2026 |

**WHEREFORE**, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as set forth below.

The following deadlines shall be extended as set forth below:

| EVENT | Deadline |
|---|---|
| Class Certification Opposition | April 23, 2026 |
| Protective Order Reply | April 24, 2026 |
| Class Certification Reply | June 23, 2026 |
| Meet and Confer regarding fact and expert discovery schedule | July 2, 2026 |
| Requests to Admit | July 16, 2026 |
| Deadline for completing depositions | August 31, 2026 |
| Close of fact discovery | September 9, 2026 |
| Close of expert discovery | January 11, 2027 |

DATED:     March 5, 2026

/s/ Evan J. Kaufman
Samuel H. Rudman
Evan J. Kaufman
Mark T. Millkey
Avital O. Malina
Skyler J. Sands
Jason R. Edelman
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
mmillkey@rgrdlaw.com
amalina@rgrdlaw.com
ssands@rgrdlaw.com
jedelman@rgrdlaw.com

*Counsel for Lead Plaintiff*

/s/ Tansy Woan
Jay B. Kasner
Tansy Woan
Michael W. Restey Jr.
Jacob G. Lefkowitz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
jay.kasner@skadden.com
tansy.woan@skadden.com
michael.restey@skadden.com
jacob.lefkowitz@skadden.com

Peter Morrison
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
(213) 687-5000
peter.morrison@skadden.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HONORABLE HENRY J. RICARDO
UNITED STATES MAGISTRATE JUDGE