UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE AMGEN INC. SECURITIES
LITIGATION.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/6/2026

**ORDER**

23-CV-2138 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' stipulation and proposed order to extend upcoming deadlines in this action. ECF No. 137. The parties' current proposal is not workable. However, the March 9, 2026 deadline to serve the class certification opposition and the March 10, 2026 deadline to file the protective order motion reply are adjourned *sine die*, and the Court will set new deadlines after consultation with the parties.

A conference is scheduled on **March 11, 2026**, at **2:00 p.m.** by telephone to address the case schedule. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 781 625 434#).

**SO ORDERED.**

Dated: March 6, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1