USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/27/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE AMGEN INC. SECURITIES
LITIGATION.

**ORDER**

23-CV-2138 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report, ECF No. 142.  Parties

are directed to submit their next joint status report by **June 23, 2026.**

**SO ORDERED.**

Dated: April 27, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge