UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| | x |
| IN RE AMGEN INC. SECURITIES LITIGATION | : Civil Action No. 1:23-cv-02138 (JPC) (HJR) |
| | : |
| | x CLASS ACTION |

NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF THE CLASS

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Evan J. Kaufman, including the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiff Asbestos Workers Philadelphia Pension Fund, moves this Court, before the Honorable John P. Cronan, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at such date and time as the Court may designate, for entry of the [Proposed] Order Granting Preliminary Approval of Class Action Settlement, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of notice of the proposed settlement to the Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

4928-8358-8540.v1

DATED:  July 20, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
MARIO ALBA JR.
SKYLER J. SANDS
JASON R. EDELMAN

s/ Evan J. Kaufman
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
malba@rgrdlaw.com
ssands@rgrdlaw.com
jedelman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
ERIC I. NIEHAUS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
tedp@rgrdlaw.com
ericn@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 1 -

4928-8358-8540.v1