UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

IN RE AMGEN INC. SECURITIES LITIGATION : 23 Civ. 2138 (JPC) (HJR)

-------------------------------------------------------------------X

ORDER

JOHN P. CRONAN, United States District Judge:

Pending before the Court are a motion to certify a class under Federal Rule of Civil Procedure 23 and a motion for a protective order. *See* Dkts. 97 (explaining that "Plaintiff served its motion for class certification on December 9, 2025"), 111 (notice of Defendants' motion for a protective order). Then, on July 20, 2026, Lead Plaintiff Asbestos Workers Philadelphia Pension Fund filed an unopposed motion for preliminary approval of a class action settlement that would resolve this litigation. Dkts. 149-152.

Accordingly, Lead Plaintiff's motion for class certification and Defendants' motion for a protective order are denied without prejudice as moot. The Court will consider the propriety of class certification for settlement purposes in connection with the pending motion for preliminary approval of the proposed settlement and any final approval thereof.

The Court also reminds the parties, now that a settlement has been reached, that they have the option to consent to proceed before the assigned Magistrate Judge, the Honorable Henry J. Ricardo, for all purposes, including preliminary and final approval of the proposed settlement. If the parties wish to do so, they should file a fully executed consent form on or before July 28, 2026. The consent form is available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

The Clerk of Court is respectfully directed to close Docket Number 111.

SO ORDERED.

Dated: July 21, 2026
New York, New York

JOHN P. CRONAN
United States District Judge